**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MANSOUR BIN EL-AMIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:12-cv-416** |
| | ) | |
| **CORRECT CARE SOLUTIONS**, *et al.*, | ) | **Judge Sharp** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff Mansour Bin El-Amin's *pro se* complaint (ECF No. 1) is before the Court for an initial review pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(a). Also pending is the plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 2). Because it appears from his submission that the plaintiff lacks sufficient financial resources from which to pay the full filing fee in advance, the application is **GRANTED**.[1] However, because the Court finds, as set forth in the Memorandum Opinion filed herewith, that the plaintiff's complaint fails to state a claim for which relief may be granted by this Court, the complaint is hereby **DISMISSED**.

Pursuant to 28 U.S.C. § 1915(b), the plaintiff is nonetheless assessed the full $350.00 civil filing fee. The custodian of the plaintiff's inmate trust fund account at the institution where he now resides is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to the plaintiff's inmate trust account; **or** (b) 20% of the average monthly balance in the plaintiff's inmate trust fund account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b) (1). Thereafter, the custodian shall submit 20% of the plaintiff's preceding monthly income (or income credited to the plaintiff's trust account for the preceding month), but

---

[1] The plaintiff's application is not accompanied by the trust-fund account statement required by 28 U.S.C. § 1915(a)(2). The Court will, however, take judicial notice of the trust-fund account statement dated 4/17/2012 and submitted by the plaintiff in support of plaintiff's application to proceed as a pauper filed in conjunction with another lawsuit that is also pending before the undersigned.

only when the plaintiff's monthly income exceeds $10.00. 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **SHALL** send a copy of this order to the Administrator of the Montgomery County Jail to ensure that the custodian of the plaintiff's inmate trust fund account complies with that portion of 28 U.S.C. § 1915 pertaining to the payment of the filing fee. Should the plaintiff be transferred from his present place of confinement, the custodian of his inmate trust fund account shall ensure that a copy of this order follows the plaintiff to his new place of confinement. All payments made pursuant to this order shall be forwarded to the Clerk of Court for the Middle District of Tennessee.

It is so **ORDERED**.

Kevin H. Sharp
_____
Kevin H. Sharp
United States District Judge